# GOTTLIEB & ASSOCIATES
### ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

**MEMO ENDORSED**

May 4, 2021

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Applications GRANTED. The May 11, 2021 ICMC is hereby adjourned to July 13, 2021 at 3:00 pm. *See* ECF 6 for instructions. SO ORDERED.
>
> /s/ Ona T. Wang  May 7, 2021
> U.S.M.J.

    Re: *Graciano v. Furmo LLC,*
       Case No.: 1:21-cv-1824-JPO-OTW

Dear Judge Wang,

   The undersigned represents Sandy Graciano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Furmo LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 11, 2021, at 11:00 AM (Dkt. 6) be adjourned for 60 days because the Defendant was recently served (Dkt. 7) and Counsel for the Defendant has not yet answered or appeared in this Action. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

                   Respectfully submitted,

                   GOTTLIEB & ASSOCIATES

                   */s/Michael A. LaBollita, Esq.*
                   Michael A. LaBollita, Esq.